IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:10-CV-00016-FL

JOSEPH JULIAN YOUNG,)
)
    Plaintiff,)
)
v.) ORDER OF REMAND
)
MICHAEL J. ASTRUE,)
COMMISSIONER OF SOCIAL SECURITY,)
)
    Defendant.)
)

This matter is before the court on Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that he does not oppose the Government's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, Plaintiff shall be allowed further administrative proceedings before an administrative law judge for, among other things, reevaluating the severity of Plaintiff's alleged impairments. The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 21st day of September, 2010.

                        LOUISE W. FLANAGAN
                        CHIEF UNITED STATES DISTRICT JUDGE