UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| JOSEPH JULIAN YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:10-CV-16-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 21, 2010, that defendant's motion to remand is granted, and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further administrative proceedings consistent with this court's order.

**This Judgment Filed and Entered on September 22, 2010, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Marian A. Harder (via CM/ECF Notice of Electronic Filing)


September 22, 2010          DENNIS P. IAVARONE, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk